

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| MRC Permian Company | | |
| | § | No. 08-19-00124-CV |
| Appellant/Cross Appellee, | § | Appeal from the |
| v. | § | 143rd District Court |
| Point Energy Partners Permian LLC; | § | of Loving County, Texas |
| Holland Acquisitions, Inc., d/b/a Holland | | |
| Services; TJ Bar, LLC; Tubb Memorial, an | § | (TC# 17-06-869) |
| Oregon Limited Partnership; PlainsCapital | | |
| Bank, Trustee for the Debora Jackson | § | |
| Revocable Trust; Bank of America N.A., | | |
| Trustee for the Janelle Jackson Marital | § | |
| Trust Part M2, Janelle Jackson Marital | | |
| Trust Part M1, and Family Credit Shelter | § | |
| Trust Part B; Vortus Investment Advisors, | | |
| LLC; John Sabia; and Bryan Moody, | § | |
| Appellees/Cross Appellants. | § | |
| | § | |

**O R D E R**

Pending before the Court is a joint motion for an agreed briefing schedule. The motion is GRANTED. The briefing schedule is now as follows.

1. Appellant's Brief is due on or before August 23, 2019.

2. Combined Appellees'/Cross-Appellants' Brief is due on or before September 30, 2019.

1

3. Combined Appellant's Reply/Cross-Appellee's Brief is due 30 days after the filing of the Combined Appellees'/Cross-Appellants' Brief.

4. Cross-Appellants' Reply Brief(s) is due 27 days after the filing of the Combined Appellant's Reply/Cross-Appellee's Brief.

IT IS SO ORDERED this 15th day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.